B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re   **Roberto R Tovar**                                                      Case No.

                                                        Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>Cap1/polrs | **Describe Property Securing Debt:**<br>Polaris ATV |
|---|---|

Property will be (check one):
    ☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                ☒ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>Chino Federal Credit U | **Describe Property Securing Debt:**<br>1986 Suzuki Samuri |
|---|---|

Property will be (check one):
    ☐ Surrendered                      ☒ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                ☒ Not claimed as exempt

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** Fort Bayard Fed Cr Un | **Describe Property Securing Debt:** 1975 Super Beetle |

Property will be (check one):
　☐ Surrendered　　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　■ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** Fort Bayard Fed Cr Un | **Describe Property Securing Debt:** Honda ATV |

Property will be (check one):
　☐ Surrendered　　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　■ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:** GECU | **Describe Property Securing Debt:** 1/2 interest 2011 Ford Truck |

Property will be (check one):
　■ Surrendered　　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Mountain America Cu** | **Describe Property Securing Debt:**<br>travel trailer |

Property will be (check one):
　　■Surrendered　　　　　　　　　　　　　　☐Retained

If retaining the property, I intend to (check at least one):
　　☐Redeem the property
　　☐Reaffirm the debt
　　☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　　☐Claimed as Exempt　　　　　　　　　　　■Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Us New Mexico Fcu** | **Describe Property Securing Debt:**<br>1/2 interest in 2007 Ford truck |

Property will be (check one):
　　☐Surrendered　　　　　　　　　　　　　　■Retained

If retaining the property, I intend to (check at least one):
　　☐Redeem the property
　　■Reaffirm the debt
　　☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　　☐Claimed as Exempt　　　　　　　　　　　■Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Vanderbilt Mortgage | **Describe Property Securing Debt:**<br>Residence- 1/2 interest Mobile Home and Land-110 Evanilla Cir Santa Clara NM 88026 |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __cont to pay__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   11-18-2013     Signature _/s/ Roberto R Tovar_
                 Roberto R Tovar
                 Debtor